No. 20-5143

# In the United States Court of Appeals for the District of Columbia Circuit

IN RE: MICHAEL T. FLYNN,

PETITIONER

On Petition for a Writ of Mandamus to the
United States District Court for the District of Columbia
Case No. 1:17-cr-232

**MOTION OF JOHN M. REEVES
FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF
PETITIONER MICHAEL T. FLYNN AND RESPONDENT THE UNITED STATES**

John M. Reeves
REEVES LAW LLC
   *Counsel of Record*
3703 Watson Road
St. Louis, MO 63109
Phone – (314) 775-6985
reeves@reeveslawstl.com
*Counsel for* Amicus Curiae

In accordance with Fed.R.App.P. 29(a)(3), John M. Reeves ("JMR") respectfully moves for leave to file a brief as *amicus curiae* in support of both Petitioner Michael T. Flynn ("Flynn") and Respondent the United States ("the Government").

JMR is an attorney with a solo legal practice in St. Louis, Missouri. He specializes in appellate litigation, and has written—on his own—over 250 appellate briefs since 2008. His practice also includes defending municipalities and officials in civil litigation under 42 USC §1983—litigation that very often involves appellate review of interlocutory court orders, such as immunity denials. From 2008 to 2015, JMR served as an Assistant Missouri Attorney General in Jefferson City, Missouri, first in the criminal appellate division and then in the litigation division. The Missouri Attorney General's Office is notable for including among its alumni a former judge of this very Court who now serves on the Supreme Court of the United States. *See* Clarence Thomas, *My Grandfather's Son*, 87-89, 93-104, 108-109 (HarperCollins 2007). In October 2019, JMR co-founded the Missouri Bar's first-ever statewide committee devoted exclusively to improving appellate practice, and he presently co-chairs that committee. All of the

arguments in this motion and the proposed *amicus* brief are made in JMR's individual capacity, and not in an official capacity as a representative of any other entity, private or public.

As an attorney specializing in appellate litigation, including interlocutory appeals and writs, JMR has an interest in ensuring the proper development of caselaw in this area. In addition, as a former Missouri state criminal appellate attorney, JMR has an interest in ensuring that federal courts apply Fed.R.Crim.P. 48(a) in a manner that upholds the separation of powers. While Fed.R.Crim.P. 48(a) does not directly apply to Missouri state criminal proceedings, the Missouri Supreme Court has relied upon it in interpreting the powers of Missouri prosecutors. *See State ex rel. Norwood v. Drumm*, 691 S.W.2d 238, 240 (Mo. 1985).

An *amicus* brief is desirable to guarantee this Court's full consideration of the following three matters: (1) how mandamus relief is appropriate not only when a district court *denies* a motion to dismiss under Fed.R.Crim.P. 48(a), but also when, as here, a district court *refuses to rule* on such a motion; (2) how, when the Government seeks dismissal *with prejudice* under Fed.R.Crim.P. 48(a), the district court

lacks discretion to do anything other than grant dismissal; and (3) how a district court's inherent criminal contempt powers do not include the power to punish a defendant for alleged perjury. Neither Flynn's petition nor the State Attorneys' General *amici* brief directly examine these issues, yet they are central to resolving this extraordinary situation. JMR's proposed *amicus* brief addresses all three matters.

This Court has requested that the Government file a response to Flynn's petition by June 1, 2020. The Government, in turn, has stated through its spokesperson that it intends to file a response in this Court supporting dismissal in the district court. *See* Interview with Kerri Kupec, *The Sean Hannity Show*, 2:42—3:43 (Fox News May 27, 2020) (available at https://youtu.be/xjKyFUQ1Djs) (accessed May 28, 2020, 10:26 pm Eastern Time). As the Government is a party to the proceedings before Judge Sullivan, and "[a]ll parties to the proceeding in the trial court other than the petitioner are respondents for all purposes," Fed.R.App.P. 21(a)(1), the Government is a Respondent in

this matter. Accordingly, per Fed.R.App.P. 29(a)(6), JMR's proposed

*amicus* brief is timely.

Respectfully submitted,

*/s/ John M. Reeves*
John M. Reeves
REEVES LAW LLC
    *Counsel of Record*
3703 Watson Road
St. Louis, MO 63109
Phone – (314) 775-6985
reeves@reeveslawstl.com
*Counsel for* Amicus Curiae

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will automatically send notice to counsel for Petitioner Michael D. Flynn and counsel for Respondent Emmet G. Sullivan.

As the Respondent the United States has yet to enter its appearance in this matter and begin receiving e-notices via the CM/ECF system, I further certify that on May 29, 2020, I served an electronic copy of the foregoing in .pdf format via e-mail on the following:

> Noel J. Francisco
> Solicitor General of the United States
> noel.francisco@usdoj.gov
> supremectbriefs@usdoj.gov
>
> Michael R. Sherwin
> Acting United States Attorney for the District of Columbia
> michael.sherwin@usdoj.gov
>
> Jeffrey B. Jensen
> United States Attorney for the Eastern District of Missouri
> jeff.jensen@usdoj.gov

*/s/ John M. Reeves*

6

**CERTIFICATE OF COMPLIANCE**

I certify that this motion contains **567** words, excluding those parts exempted by Fed.R.App.P. 32(f) and Circuit Rule 32(e)(1), and consequently complies with the word limit of Fed.R.App.P. 27(d)(2)(A).

I further that certify this brief complies with the typeface requirements of Fed.R.App.P. 32(a)(5) and the type style requirements of Fed.R.App.P. 32(a)(6) as it is written in proportionally-spaced, 14-point Century Schoolbook font using Microsoft Office Word 2016.

*/s/ John M. Reeves*

No. 20-5143

# In the United States Court of Appeals for the District of Columbia Circuit

IN RE: MICHAEL T. FLYNN,

PETITIONER

On Petition for a Writ of Mandamus to the
United States District Court for the District of Columbia
Case No. 1:17-cr-232

**ADDENDUM TO THE MOTION OF JOHN M. REEVES
FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF
PETITIONER MICHAEL T. FLYNN AND RESPONDENT THE UNITED STATES**

John M. Reeves
REEVES LAW LLC
　　*Counsel of Record*
3703 Watson Road
St. Louis, MO 63109
Phone – (314) 775-6985
reeves@reeveslawstl.com
*Counsel for Amicus Curiae*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with Circuit Rule 28(a)(1), undersigned *amicus* certifies the following:

**A.  Parties and *Amici*.** Except for undersigned *amicus* and the following, all parties, intervenors, and *amici* appearing before the district court and in this court are listed in the petition for a writ of mandamus:

The States of Ohio, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Louisiana, Mississippi, Missouri, Montana, Oklahoma, South Carolina, Texas, Utah, and West Virginia.

While several prospective *amici*—including undersigned—and/or intervenors have pending motions to participate either as amici or intervenors in both this Court and the district court, none of those motions have been granted as of this brief's filing.

**B.  Rulings Under Review.** References to the rulings at issue appear in the petition for a writ of mandamus.

**C.  Related Cases.** This case has not previously been before this court, and there are no pending related cases.

/s/ John M. Reeves

John M. Reeves
REEVES LAW LLC
   *Counsel of Record*
3703 Watson Road
St. Louis, MO 63109
Phone – (314) 775-6985
reeves@reeveslawstl.com
*Counsel for Amicus Curiae*